CR-1-01-39-2
Stanson Hemphill

Criminal No.
CR-1-01-039

RECEIVED
DEC 21 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

FILED
JAN. 11, 2005
U.S.D.C.

12-16-04

To the Honorable SANDRA S. Beckwith
Criminal No. CR-1-01-39 (Stanson Hemphill)

Im hereby placing this matter before you as towards the amount of restitution ordered on this particular offense (Criminal No. CR-1-01-039) is United States v Stanson R. Hemphill. The restitution summed up to an estimated amount of ($27,401.00) in regards to the four individuals charged in this matter such as myself herein after reffered to as Stanson R. Hemphill, along with Jessica Witt, Richard Depew, Douglas Brown, however the Honorable Sandra S. Beckwith who ruled out the issues in the courts herein, never made any stipulations as to how much money I would have to pay a month towards the ($27,400) dollar restitution, nor at anytime was it questioned as to how the restitution would be divided amongst those who were convicted, being that it were four people charged in the offense. If the restitution was ordered as towards a joint payment in which it accurately saids that it was ordered that way in the Sentencing transcripts (Criminal No. CR-1-01-039 on Tuesday, January 29, 2002 at 11:00 am "on record," pg 7 lines 15-20, then the divided amount amongst four on a ($27,400.00) dollar would estimate out at about ($6,850.00) dollars per defendant but as it stands I have been paying an increased amount of money as towards the ($27,400.00) dollar restitution, not that of what ($6,850.00) would be if made joint payment.

I am hereby requesting that the Honorable Sandra S. Beckwith rule out an specific amount in which I can pay a month. I ask this Honorable court to follow the recommended joint payment plan. I also ask that the restitution be divided up amongst everyone as to determine a specific total amount owed per person and in this case it would be ($6,850.00) per person. At this present time I make around ($90.00) dollars a month in the kitchen and from that I would ask that you determine an amount that I can afford per month, an amount that is reasonable if considered. As I am aware, my family was not made to pay restitution, nor are they responsible for that in which I have been found guilty as on. I feel that it is my responsibility to pay the restitution, being that I have been ordered to do so. The money payed should come from what I make while incarcerated in working within the prison system, nor from that in which my family send in to me to purchase the things that I need. In regards to this matter I ask that the Honorable Sandra S. Beckwith make a stipulation as towards a reasonable amount that I can pay a month with what I make in

the kitchen a month which is roughly ($90.00) dollars. I ask that the Honorable SANDRA S. Beckwith stipulate rather the restitution is joint payment and being that it was ordered joint payment that she stipulate the amount that I owe in the joint payment which if calculated as in four it should be ($6,850.00) dollars per person. Upon checking the amount of the fine, I have payed a little over ($1,000) dollars which it is now $26,398.00 which leads me to believe that I have been paying restitution alone, which is not suppose to be the case here, its suppose to be a joint payment at least thats how the sentence was passed down, I ask that you make a stipulation as to how much I owe in total in regards to the joint payment, also I ask that you stipulate an amount that I can pay per month, if not quarterly every three months, but I ask that you make your ruling simply based upon what I make at my job assignment not from that of what my family send to me.

I do hope to hear back as towards this matter,
Sincerely
*[signature]*
December 16, 04

This is a true copy of the aforegoing.
Sincerely
*[signature]*
#03429-061