UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stanson R. Hemphill,
        Petitioner,

v.

Case No. 1:01cr039-02
1:04cv351
(Beckwith, J.; Hogan, MJ)

United States of America,
        Defendant.

## ORDER APPOINTING COUNSEL

    This matter is before the Court upon referral from Chief Judge Sandra S. Beckwith (Doc. 104), to appoint counsel to represent Petitioner at the hearing on his Section 2255 motion to vacate, set aside, or correct his sentence.

    Upon a recommendation from the Federal Public Defender's Office, it is hereby Ordered that Norman Aubin, Esq., One West Fourth Street, Suite 2200, Cincinnati, Ohio 45202 be appointed to represent petitioner in this matter.

    It is so Ordered.

Date 8/8/05

awh   August 4, 1999

Timothy S. Hogan
United States Magistrate Judge