IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | * | |
| Plaintiff, | * | CASE NO. 1:01-cr-00039 |
| -vs- | * | |
| STANSON HEMPHILL, | * | |
| Defendant. | * | |

NOTICE OF APPEARANCE

COMES NOW, Counsel for the Defendant herein, Stanson Hemphill, and enters his Notice of Appearance in this case for purposes of the evidentiary hearing and states that he is a member in good standing in this Court.

Respectfully submitted,

Kevin M. Schad
Attorney for Defendant
SCHAD & SCHAD
1001 W Main St, Ste F
Lebanon, Ohio 45036
513.933.9333; Fax 513.933.9375
Email: kevinschad@yourattorneys.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of electronic filing to the following: Anthony Springer, Office of the U. S. Attorney, 221 E. Fourth Street, Suite 400, Cincinnati OH 45202.

s/Kevin M. Schad
Kevin M. Schad (0061802)
Attorney for Defendant
SCHAD & SCHAD
1001 W. Main St, Suite F
Lebanon, Ohio 45036-7955
Phone: 513-933-9333; Fax 513-933-9375
E-mail: kevinschad@yourattorneys.net
