IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANSON R. HEMPHILL, | * | CASE NO.1:04-cv-00351 (CR-1-01-039) |
| Petitioner - Defendant, | * | |
| -vs- | * | JUDGE BECKWITH |
| UNITED STATES OF AMERICA, | * | |
| Respondent - Plaintiff. | * | |

**MOTION TO RESET EVIDENTIARY HEARING DATE**

**COMES NOW**, Counsel for the Petitioner-Defendant herein, Stanson R. Hemphill, and requests that this court reset the Evidentiary Hearing date currently scheduled for January 17, 2006. In support thereof, Counsel states the following.

1. That this court entered an evidentiary hearing in this case due in part to the claims made by the Petitioner, at that point acting pro se, as to Robin Hicks' proposed testimony in the case. It is Counsel's belief that Robin Hicks is a critical witness to the evidentiary hearing.

2. That Counsel needs additional time to obtain Ms. Hicks' attendance at the hearing.

3. That the United States will not be harmed by this extension as the Defendant remains incarcerated.

      **WHEREFORE**, Counsel respectfully requests that this court reset the hearing date at a date convenient to the Parties.

      Respectfully submitted,

      s/Kevin M. Schad
      Kevin M. Schad
      *Attorney for Petitioner-Defendant*
      SCHAD & SCHAD
      1001 W Main St, Ste F
      Lebanon, Ohio 45036
      513.933.9333; Fax 513.933.9375
      Email: kevinschad@yourattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of electronic filing to the following: Anthony Springer, Office of the U. S. Attorney, 221 E. Fourth Street, Suite 400, Cincinnati OH 45202.

      s/Kevin M. Schad
      Kevin M. Schad (0061802)
      *Attorney for Petitoner-Defendant*
      SCHAD & SCHAD
      1001 W. Main St, Suite F
      Lebanon, Ohio 45036-7955
      Phone: 513-933-9333; Fax 513-933-9375
      E-mail: kevinschad@yourattorneys.net