UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANSON R. HEMPHILL, | : | Case Nos. C-1-04-0351 |
| | : | CR-1-01-039-2 |
| Petitioner, | : | |
| | : | GOVERNMENT RESPONSE TO |
| v. | : | DEFENDANT'S MOTION TO |
| | : | RE-SET EVIDENTIARY |
| UNITED STATES OF AMERICA | : | HEARING DATE |
| | : | |
| Respondent. | : | |
| | : | Chief Judge Beckwith |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

The United States has no objection to defendant's motion to re-set the evidentiary hearing date.

          **Respectfully submitted,**

          **GREGORY G. LOCKHART**
          **United States Attorney**


          **/s/ Anthony Springer**
          **ANTHONY SPRINGER   #0067716**
          **Assistant U.S. Attorney**
          **Atrium Two - Suite 400**
          **221 East Fourth Street**
          **Cincinnati, Ohio 45202**
          **(513) 684-3711**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon Kevin M. Schad, Attorney for Petitioner, 1001 West Main Street, Suite F, Lebanon, Ohio 45036-7955, by electronic filing, on the 5th day of January, 2006.

          **/s/ Anthony Springer**
          **ANTHONY SPRINGER   #0067716**
          **Assistant U.S. Attorney**