# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,
     Plaintiff

     vs               Case No.  1:01-cr-39-2

Stanson Hemphill,
     Defendant

## WRIT OF HABEAS CORPUS
## AD TESTIFICANDUM

**To the United States Marshal for the Southern District of Ohio; and the Warden of USP Big Sandy, Inez, KY.**

     You are commanded to have the person of **Stanson Hemphill, Inmate No. 03429-061,** the party in interest in this case, currently restrained in the **USP Big Sandy, Inez, KY**, conveyed under safe and secure conduct, and maintained under safe and secure conduct, **before the United States District Court for the Southern District of Ohio, in Room 822, Potter Stewart Courthouse, 100 East Fifth Street, Cincinnati, Ohio on March 30, 2006 at 10:00 a.m.[1],** and each day thereafter until the proceeding is completed, and thereafter return said party to the place said party was originally restrained, there being no further orders of this Court to the contrary.

     In the event said inmate is no longer in your custody, please notify the Court immediately.

Date: <u>March 3, 2006</u>          <u>s/Sandra S. Beckwith</u>
                                Sandra S. Beckwith, Chief Judge
                                United States District Court

---

[1]The evidentiary hearing is being rescheduled from March 7, 2006.