# CIVIL MINUTE SHEET

**CASE NUMBER:** CR1-01-39-2     **DATE:** Thursday, March 30, 2006
**TITLE:** Stanson Hemphill v. USA
**RE:** Evidentiary Hearing
(10:09 - 11:10)

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Max Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** M. A. Ramy (Official)

Attorney for ~~Plaintiff(s)~~ RESPONDENT / PETITIONER     Attorney for ~~Defendant(s)~~ RESPONDENT
KEVIN SCHAD                                                ANTHONY SPRINGER

## WITNESSES

1) David Snyder (10:12-10:44)
2) Stanson Hemphill (10:44-10:56)

## PROCEEDINGS

Petitioner indicates that a ~~warrant for~~ subpoena has been issued to Robin Hicks - who has indicated that she will not be able to attend hearing due to conflict - Court date in Butler County Court. STD Counsel + to the Clerk's Office. Petitioner calls witnesses, Snyder & Hemphill. Pet. requests continuance in order to call Prof. Lassiter live - GRANTED. The court is willing to issue an arrest warrant if pet. requests. If Robin Hicks does not appear at hrng. set for 4/10 @ 10:30, the Marshals ~~are~~ will be ORDERED to arrest Ms. Jones & bring her before the Court to testify. On 4/10.