# CIVIL MINUTE SHEET

**CASE NUMBER:** CR-1-01-39-2   **DATE:** Monday, April 10, 2006
**TITLE:** ~~Pet.~~ Stanson Hemphill v. USA
**RE:** Evidentiary Hearing (Cntd. from 3/30/06)
(11:04 – 11:43)

2ND DAY

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Patrick Smith
**Court Reporter:** M.A. Rang (Official)

Attorney for ~~Plaintiff(s)~~ PETITIONER:
Kevin Schad

Attorney for ~~Defendant(s)~~ RESPONDENT:
Anthony Springer

## WITNESSES

3) Prof. Harvey Lassiter (11:04–11:16) (Expert)
4) Robin Hicks (11:16–11:29)

## PROCEEDINGS

Resp. Gov't objects to △ calling Professor Lassiter – DENIED. Petr. calls witnesses Lassiter & Hicks. Petr's exhibits admitted. Petr. reads Gov't exhibit admitted. All exhibits admitted without objection. Closing argument by Respondent & Petitioner.