AO 187A (4/82)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

HEMPHILL vs. USA   DOCKET NO. CR-1-01-39-2

| PLF. NO. | DEF. NO. | DATE OFFERED / SHOWN | Marked / Admitted OFFERED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| Gov't | | | | |
| 11 | | 3/30/06 | | (SPRINGER) 8/28/01 (SCHAD) SNYDER – LETTER FROM HEMPHILL – STATEMENT OF FACTS |
| 12 | | | | (SPRINGER) SNYDER – SNYDER'S NOTES – TRIAL & W/ GARRISON |
| 13 | | | | (SPRINGER) SNYDER – " " W/ CAVANAUGH |
| 4 | | | | (SPRINGER) SNYDER – NOTICE OF ALIBI |
| 14 | | | | (SPRINGER) SNYDER – SNYDER'S NOTES |
| 15 | | | | (SPRINGER) SNYDER – SNYDER'S NOTES |
| 16 | | | | (SPRINGER) SNYDER – LETTER TO HEMPHILL FROM HARVEY |
| 5 | | | | (SPRINGER) SNYDER – MOTION IN LIMINE |
| 6 | | | | (SPRINGER) SNYDER – MOTION TO OBTAIN DOCUMENTS |
| 7 | | | | (SPRINGER) SNYDER – WRIT |
| 8 | | 3/30/06 | | (SPRINGER) SNYDER – WRIT |
| | I | 3/30/06 | 3/30/06 OBJ. | SCHAD – AFFIDAVIT OF PROF. LASSITER |
| | A | 4/10/06 | | (SCHAD) – AFFIDAVIT OF PROF. LASSITER (LASSITER) |
| 10 | | 4/10/06 | 4/10/06 NoObj. ADM. | (SPRINGER) 6/11/01 HICKS – STATEMENT OF ROBIN HICKS |

EXHIBITS ADMITTED WITHOUT OBJECTION
GOVERNMENT: 3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15
RESPONDENT
DEFENDANT / PETITIONER – A

Page 1 of 1 Pages