## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**Stanson R. Hemphill,**
  **Petitioner**

-vs-          Case No. 1:01-cr-39-2

**United States of America,**
  **Respondent**

# JUDGMENT

    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the petitioner's motion to vacate, set aside, or correct sentence is **DENIED**.

Date: April 21, 2006          James Bonini, Clerk

                 By: s/Mary C. Brown
                    Mary C. Brown, Deputy Clerk