UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STANSON R. HEMPHILL, | * | |
| Petitioner, | * | CASE NOS.   1:01-CR-39 (2) |
| | | 1:04-CV-351 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## NOTICE OF APPEAL

The Petitioner herein provides his notice of intent to appeal to the Sixth Circuit Court of Appeals from the Court's Order of April 21, 2006.

                                      Respectfully submitted,

                                      s/Kevin M. Schad
                                      Kevin M. Schad
                                      SCHAD & SCHAD
                                      1001 W. Main St, Suite F
                                      Lebanon OH 45036
                                      513.933.9333; Fax 513.933.9375
                                      Email:  kevinschad@yourattorneys.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of electronic filing to the following:

**Anthony Springer at**
anthony.springer@usdoj.gov

I also certify that I have mailed by United States Postal Service the document to the following participant:

Stanson Hemphill
Reg. # 03429-061
c/o Grant County Detention Center
Williamstown KY 41097

 

s/Kevin M. Schad
Kevin M. Schad (0061802)
Attorney for Petitioner
SCHAD & SCHAD
1001 W. Main St, Suite F
Lebanon, Ohio 45036-7955
Phone: 513-933-9333; Fax 513-933-9375
E-mail: kevinschad@yourattorneys.net