# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **STANSON R. HEMPHILL,** | * | |
| Petitioner, | * | CASE NOS.   1:01-CR-39 (2) |
| | | 1:04-CV-351 |
| v. | * | |
| **UNITED STATES OF AMERICA,** | * | |
| Respondent. | * | |

## REQUEST TO PROCEED IN FORMA PAUPERIS
## AND
## REQUEST FOR APPOINTMENT OF COUNSEL

**COMES NOW**, the Petitioner herein, through counsel, and requests that this Court allow Petitioner to proceed in forma pauperis due to the indigent status of Petitioner and that Kevin M. Schad be appointed counsel.

**WHEREFORE,** the Petitioner respectfully requests that this court allow him to proceed in forma pauperis and appoint Kevin M. Schad as counsel.

Respectfully submitted,

s/Kevin M. Schad
Kevin M. Schad
SCHAD & SCHAD
1001 W Main St, Ste F
513.933.9333; Fax 513.933.9375
Email: kevinschad@yourattorneys.net

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of electronic filing of the foregoing to the following:

**Anthony Springer at**
anthony.springer@usdoj.gov

I also certify that I have mailed by United States Postal Service the document to the following non CM/ECF partipant:

Stanson Hemphill
Reg. # 03429-061
c/o Grant County Detention Center
212 Barnes Rd
Williamstown KY 41097

                                          s/Kevin M. Schad
                                          Kevin M. Schad (0061802)
                                          SCHAD & SCHAD
                                          1001 W. Main St, Suite F
                                          Lebanon, Ohio 45036-7955
                                          Phone:  513-933-9333; Fax 513-933-9375
                                          E-mail: kevinschad@yourattorneys.net