UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stanson R. Hemphill,
    Petitioner

vs.                                                  Case No.   1:01-cr-39-2
United States of America,
    Respondent

# ORDER

    This matter is before the Court on Defendant's Request to Proceed *In Forma Pauperis* on appeal and to appoint counsel for defendant (Doc. 123).

    Defendant's Motion to Proceed *In Forma Pauperis* on appeal is **GRANTED**. Defendant's Request to Appoint Counsel for appeal purposes is more properly brought before the United States Court of Appeals for the Sixth Circuit and should, therefore, be ruled upon by that Court.

    **SO ORDERED**.

May 12, 2006                                    s/Sandra S. Beckwith
Date                                                    Sandra S. Beckwith, Chief Judge
                                                        United States District Court