## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Stanson R. Hemphill,              ) | |
|                                   ) | |
|         Petitioner,               ) | Case No. 1:01-CR-39(2) |
|                                   ) |          1:04-CV-351 |
|     vs.                           ) | |
|                                   ) | |
| United States of America,         ) | |
|                                   ) | |
|         Respondent.               ) | |

O R D E R

      A certificate of appealability will not issue in this case. Petitioner has failed to make a substantial showing of the denial of a constitutional right because reasonable jurists could not debate whether (or for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000)

**IT IS SO ORDERED**

Date June 6, 2006                     s/Sandra S. Beckwith
                                Sandra S. Beckwith, Chief Judge
                                 United States District Court