UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                                                          Case No.   1:01-cr-39-2

Stanson Hemphill,
    Defendant

**ORDER**

    This matter is before the Court on Defendant's Motion to Establish Monthly Payment Plan While Employed through the Unicor Department filed July 20, 2007 (Doc. 127), to which no response has been filed.

    Therefore, it is **ORDERED** that the United States file a response to the motion within twenty (20) days of the date of this Order.

Date: <u>September 18, 2007</u>                    <u>s/Sandra S. Beckwith</u>
                                                                 Sandra S. Beckwith, Chief Judge
                                                                 United States District Court